UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                  Case No.  17-40547 (CEC)

Sylvia Renee Eaddy,                                     Chapter 13
                   Debtor(s).
-----------------------------------------------------------x

## ORDER

WHEREAS, on March 14, 2016, the above-captioned debtor (the "Debtor") filed a chapter 13 plan containing a request to enter into the Loss Mitigation Program with respect to property located at 1 Hollywood Ct, Far Rockaway, NY 11691, with creditor Deutsche Bank National Trust Company (the "Loss Mitigation Request"); and

WHEREAS, prior to the filing of the Loss Mitigation Request, the mortgagee filed a notice of appearance (the "Notice of Appearance") (ECF No. 9); and

WHEREAS, service of the Loss Mitigation Request was insufficient because the mortgagee was not served in accordance with the Notice of Appearance;

NOW, THEREFORE, it is

ORDERED, if the Debtor desires to pursue the Loss Mitigation Request, the Debtor shall serve the mortgagee with the Loss Mitigation Request in accordance with the Notice of Appearance, and file proof thereof within 7 days of entry of this order.



**Dated: Brooklyn, New York**
**March 20, 2017**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**